UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAUL FREDERICK CHANTAL, III,<br><br>Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:16-cv-00575-JDL<br>)<br>)<br>)<br>) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 24) with the court on January 29, 2018, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The Magistrate Judge recommended affirming the Commissioner's decision in its entirety. *See* ECF No. 24 at 21. The Plaintiff ("Chantal") filed an Objection to the Recommended Decision (ECF No. 25) on February 10, 2018. The Defendant (the "Commissioner") then filed a Response to the Plaintiff's Objection (ECF No. 26) on February 26, 2018. I held a hearing on March 22, 2018 and heard arguments from counsel for both Chantal and the Commissioner.

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record and the attorneys' arguments at the hearing, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's recommended decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is

1

necessary. It is therefore **ORDERED** that the Recommended Decision (ECF No. 24) of the Magistrate Judge is hereby **ADOPTED** in full, the Commissioner's decision is affirmed and remand is denied.

**SO ORDERED.**

**Dated this the 23rd day of March 2018.**

<u>/s/ Jon D. Levy</u>
**U.S. DISTRICT JUDGE**